**DISMISS; and Opinion Filed February 6, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00569-CV

**ABRI STERLACCI, Appellant**
**V.**
**MICHAEL STERLACCI, II, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-50656-2017**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Myers, and Boatright
Opinion by Justice Lang-Miers

Before the Court is appellant's January 30, 2018 unopposed motion to dismiss the appeal.

Appellant informs the Court that the parties have settled. Accordingly, we grant the motion and

dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

170569F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ABRI STERLACCI, Appellant

No. 05-17-00569-CV          V.

MICHAEL STERLACCI, II, Appellee

On Appeal from the 219th Judicial District Court, Collin County, Texas
Trial Court Cause No. 219-50656-2017.
Opinion delivered by Justice Lang-Miers; Justices Myers and Boatright, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellee Michael Sterlacci, II recover his costs of this appeal from appellant Abri Sterlacci.

Judgment entered this 6th day of February, 2018.